### UNITED STATES DEPARTMENT OF JUSTICE
### OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Denise Latrice Wheeler | Case Number: 2:18-bk-10597-BB |
| | Operating Report Number: 10 |
| Debtor(s). | For the Month Ending: 10/31/2018 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. (DIP ACCOUNT* 8707)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     35,157.52

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     34,776.87

3. BEGINNING BALANCE:     380.65

4. RECEIPTS DURING CURRENT PERIOD:     3,874.23

     -

5. BALANCE:     4,254.88

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     3,585.14

     3,585.14

7. ENDING BALANCE:     669.74

8. General Account Number(s):     **DIP Account 8707-Personal Account**

**Wells Fargo Bank**

Depository Name & Location:

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,

to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD
### ACCOUNT 8707

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/24/2018 | Debt | PartyCity | Children Expenses | 76.54 |
| 10/1/2018 | Debt | Quality Inn | Childrens Sport Travel | 272.56 |
| 10/17/2018 | Debt | California Palms | Childrens Sport Travel | 183.00 |
| | | **Total Children Expenses** | **532.10** | |
| | | | | |
| 10/1/2018 | Debt | PlaystationNetwork | Entertainment | 24.99 |
| 10/1/2018 | Debt | PlaystationNetwork | Entertainment | 24.99 |
| 10/1/2018 | Debt | PlaystationNetwork | Entertainment | 4.99 |
| 10/1/2018 | Debt | Amazon Music | Entertainment | 9.99 |
| 10/1/2018 | Debt | PlaystationNetwork | Entertainment | 9.99 |
| 10/9/2018 | Debt | PlaystationNetwork | Entertainment | 24.99 |
| 10/25/2018 | Debt | TicketMaster | Entertainment | 260.00 |
| 10/31/2018 | Debt | Amazon Music | Entertainment | 9.99 |
| | | **Total Entertainment** | **369.93** | |
| | | | | |
| 10/15/2018 | Debt | McDonalds | Food | 24.70 |
| 10/18/2018 | Debt | Jack In The Box | Food | 29.65 |
| 10/19/2018 | Debt | Smart N Final | Food | 146.38 |
| 10/22/2018 | Debt | Burger King | Food | 29.85 |
| 10/15/2018 | Debt | Cash Withdrawal | Food | 300.00 |
| 10/31/2018 | Debt | Cash Withdrawal | Household Expenses | 300.00 |
| 10/31/2018 | Debt | McDonalds | Food | 25.22 |
| | | **Total Food** | **855.80** | |
| | | | | |
| 10/11/2018 | Debt | Los Angeles Eye Center | Medical Expenses | 339.00 |
| | | **Total Medical Expenses** | **339** | |
| | | | | |
| 10/29/2018 | Debt | Banfield Pet | Personal Expenses | 65.95 |
| | | **Total Personal Expenses** | **65.95** | |
| | | | | |
| 10/1/2018 | Debt | Lyft | Transportatiom | 31.28 |
| 10/9/2018 | Debt | LA City Parking | Transportation | 2.00 |
| 10/9/2018 | Debt | LA City Parking | Transportation | 3.50 |
| 10/29/2018 | Debt | Cash Withdrawal | Transportation | 200.00 |
| 10/29/2018 | Debt | Simaan Service | Transportation | 60.45 |
| 10/22/2018 | Debt | Metro Express Lane | Transportation | 40.00 |
| | | **Total Transportation** | **337.23** | |
| | | | | |
| 10/5/2018 | Debt | T-Mobile | Utility Bill | 200.00 |
| 10/5/2018 | Debt | T-Mobile | Utility Bill | 23.60 |
| 10/19/2018 | Debt | T-Mobile | Utility Bill | 71.18 |
| 10/29/2018 | Debt | T-Mobile | Utility Bill | 284.73 |

|  |  | **Total Utility Bills** | | **579.51** | |
| --- | --- | --- | --- | --- | --- |
| 10/10/2018 | 116 | Cash Withdrawal | Finanical Prep | | 150.00 |
|  |  | **Total Finanical Prep** | | **150** | |
|  |  |  |  | | |
| 10/30/2018 | 117 | Lobel Financial | Car Payment | | 355.62 |
|  |  | **Total Car Payments** | | **355.62** | |
|  |  |  |  | | |
|  |  |  |  | | |
|  |  |  |  | | |
|  |  |  |  | | |
|  |  | | TOTAL DISBURSEMENTS THIS PERIOD: | | **3,585.14** |

# GENERAL ACCOUNT
## BANK RECONCILIATION
### 8707

Bank statement Date: _10/1/2018-10/31/2018_     Balance on Statement: | 669.74 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|

TOTAL DEPOSITS IN TRANSIT | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $669.74 |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Denise Latrice Wheeler<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  2:18-bk-10597-BB<br>Operating Report Number  10<br>For the Month Ending:  10/31/2018 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (DIP  ACCOUNT* 8681)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     25,400.79

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     8,577.60

3.  BEGINNING BALANCE:     16,823.19

4.  RECEIPTS DURING CURRENT PERIOD:     3,400.00

     -

5.  BALANCE:     20,223.19

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     2,615.40

     0.00

     2,615.40

7.  ENDING BALANCE:     17,607.79

8. General Account Number(s):     **DIP Account 8681-Rental Account**

     **Wells Fargo Bank**

     Depository Name & Location:

\*  All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,

     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

### TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD
### ACCOUNT 8681

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| 10/1/2018 | Debt | Cash Withdrawal | Household Repairs | 203.00 |
| 10/1/2018 | Debt | Wells Fargo | Service Charge | 2.50 |
| 10/15/2018 | Debt | Rocket Lawyer | Debtor is unaware of transaction will despute | 39.99 |
| 10/19/2018 | Debt | Cash Withdrawal | Household Repairs | 1,000.00 |
| 10/22/2018 | Debt | Cash Withdrawal | Household Repairs | 500.00 |
| 10/22/2018 | Debt | Cash Withdrawal | Household Repairs | 400.00 |
| 10/30/2018 | Debt | Country Inn | Children Sport Expenses | 169.91 |
| 10/31/2018 | Debt | Cash Withdrawal | Household Repairs | 300.00 |
| | | | | |
| **Debtor Used Rental account in the amount of $169.91 , Debtor redeposit amount along with | | | | |
| partial rent in the amount of $3,230.09 | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | **2,615.40** |

GENERAL ACCOUNT
BANK RECONCILIATION
**8681**

Bank statement Date: _____10/1/2018-10/31/2018_____     Balance on Statement: | 17,607.79 |

Plus deposits in transit (a):

| | Deposit Date | | Deposit Amount |
|---|---|---|---|

**TOTAL DEPOSITS IN TRANSIT** | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | | Check Amount |
|---|---|---|---|

**TOTAL OUTSTANDING CHECKS:** | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $17,607.79 |

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Center Street Lending | Monthly | $         3,556.56 | 8 | 28,452.48 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 28,452.48 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | California Fair Plan | $        860,000.00 | 1/25/2019 | 1/25/2019 |
| | | | | |
| Vehicle | Alliance United | $         30,000.00 | 12/1/2018 | 12/1/2018 |
| Others: | | | | |
| | | | | |

I.D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

\*Other Accounts: _____

| | |
|---|---|
| DIP Personal Account 8681 | 669.74 |
| DIP Rental Account 8707 | 17,607.79 |

\*Other Monies: _____

\*\*Petty Cash (from below): 0.00

## TOTAL CASH AVAILABLE:                                                    18,277.53

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:                                         0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2018 | 6,111.47 | 325.00 | 5-Apr-2018 | 325.00 | 0.00 |
| 30-Jun-2018 | 17,543.57 | 650.00 | | | 650.00 |
| 30-Sep-2018 | 15,944.41 | 650.00 | | | 650.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.

Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the

close of the period report

## VI  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | NONE |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | NONE |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## II. QUESTIONNAIRE
### OCTOBER 2018 MOR

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   **Debtor Cont. Status Hearing is set for 12/12/2018.**

4. Describe potential future developments which may have a significant impact on the case:
   **Debtor's Negotating with the Lender on Plan Treatment.**

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,    Denise Latrice Wheeler
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.11/15/2018

11/15/18
Date

Principal for debtor-in-possession

# Wells Fargo Combined Statement of Accounts



Primary account number:     )8707    ■ October 1, 2018 - October 31, 2018    ■ Page 1 of 6

DENISE LATRICE WHEELER
DEBTOR IN POSSESSION
CH 11 CASE # 18-10597 (CCA)
1191 1/2 W 38TH ST
LOS ANGELES CA 90037-1192

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**    (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288    *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Opportunity Checking℠ | 2 | )8707 | 380.65 | 669.74 |
| Wells Fargo Opportunity Checking℠ | 4 | )8681 | 16,823.19 | 17,607.79 |
| **Total deposit accounts** | | | **$17,203.84** | **$18,277.53** |

(114)

Primary account number:    8707    ■ October 1, 2018 - October 31, 2018    ■ Page 2 of 6



# Wells Fargo Opportunity Checking<sup>SM</sup>

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $380.65 |
| Deposits/Additions | 3,874.23 |
| Withdrawals/Subtractions | - 3,585.14 |
| **Ending balance on 10/31** | **$669.74** |

Account number:    8707

DENISE LATRICE WHEELER
DEBTOR IN POSSESSION
CH 11 CASE # 18-10597 (CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Purchase authorized on 09/28 Lyft *Ride Fri 6 Lyft.Com CA S468271500843655 Card 7800 | | 31.28 | |
| 10/1 | | Purchase authorized on 09/29 Playstationnetwork 800-3457669 CA S588272558400024 Card 7800 | | 24.99 | |
| 10/1 | | Purchase authorized on 09/29 Playstation Networ 800-345-7669 CA S308272597577899 Card 7800 | | 24.99 | |
| 10/1 | | Purchase authorized on 09/29 Playstationnetwork 800-3457669 CA S588273135342375 Card 7800 | | 4.99 | |
| 10/1 | | Purchase authorized on 09/29 Quality Inn Berkel Berkeley CA S468273156853355 Card 7800 | | 272.56 | |
| 10/1 | | Purchase authorized on 09/30 Amazon Music 888-802-3080 WA S468273668984786 Card 7800 | | 9.99 | |
| 10/1 | | Purchase authorized on 09/30 Playstationnetwork 800-3457669 CA S588274001933873 Card 7800 | | 9.99 | 1.86 |
| 10/3 | | ATM Cash Deposit on 10/03 4703 Firestone Blvd South Gate CA 0002076 ATM ID 9845H Card 7800 | 500.00 | | 501.86 |
| 10/5 | | Purchase authorized on 10/04 Tmobile*Postpaid P 800-937-8997 WA S468278077298131 Card 7800 | | 200.00 | |
| 10/5 | | Purchase authorized on 10/04 Tmobile*Eip Pmt MO 800-937-8997 WA S308278081700850 Card 7800 | | 23.60 | 278.26 |
| 10/9 | | Purchase authorized on 10/06 Playstation Networ 800-345-7669 CA S308280215197846 Card 7800 | | 24.99 | |
| 10/9 | | Purchase authorized on 10/08 LA City Parking ME Los Angeles CA S588281668061636 Card 7800 | | 2.00 | |
| 10/9 | | Purchase authorized on 10/08 LA City Parking ME Los Angeles CA S308281669031331 Card 7800 | | 3.50 | 247.77 |
| 10/10 | | Edeposit IN Branch/Store 10/10/18 12:53:30 Pm 141 W Adams Blvd Los Angeles CA 7800 | 1,182.37 | | |
| 10/10 | 116 | Deposited OR Cashed Check | | 150.00 | 1,280.14 |
| 10/11 | | Purchase authorized on 10/11 Los Angeles Eye Center & Los Angeles CA P00468284678908154 Card 7800 | | 339.00 | 941.14 |
| 10/15 | | ATM Check Deposit on 10/15 1244 E 8th St Los Angeles CA 0003672 ATM ID 8464L Card 7800 | 661.83 | | |
| 10/15 | | Purchase authorized on 10/11 McDonald's F3358 Los Angeles CA S588285056636439 Card 7800 | | 24.70 | |
| 10/15 | | ATM Withdrawal authorized on 10/15 1244 E 8th St Los Angeles CA 0003673 ATM ID 8464L Card 7800 | | 300.00 | 1,278.27 |
| 10/17 | | Purchase authorized on 10/17 California Palms Ontario CA P00000000489937276 Card 7800 | | 183.00 | 1,095.27 |

Primary account number:   8707   ■ October 1, 2018 - October 31, 2018   ■ Page 3 of 6



WELLS FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/18 | | Purchase authorized on 10/16 Jack IN The Box 02 Downey CA S468290091585494 Card 7800 | | 29.65 | 1,065.62 |
| 10/19 | | Purchase authorized on 10/18 Tmobile*Postpaid F 800-937-8997 WA S388291424058580 Card 7800 | | 71.18 | |
| 10/19 | | Purchase authorized on 10/18 Smartnfinal341 Los Angeles CA P0000000837131763 Card 7800 | | 146.38 | 848.06 |
| 10/22 | | ATM Cash Deposit on 10/21 4580 Pacific Blvd Vernon CA 0004684 ATM ID 4277J Card 7800 | 460.00 | | |
| 10/22 | | ATM Cash Deposit on 10/21 4580 Pacific Blvd Vernon CA 0004685 ATM ID 4277J Card 7800 | 280.00 | | |
| 10/22 | | Purchase authorized on 10/18 Burger King #4946 Los Angeles CA S468292106484721 Card 7800 | | 29.85 | |
| 10/22 | | Recurring Payment authorized on 10/18 Metro Express Lane 877-2246511 CA S468292182069166 Card 7800 | | 40.00 | 1,518.21 |
| 10/24 | | Purchase authorized on 10/22 Party City 1002 973-453-8600 IL S468296169386188 Card 7800 | | 76.54 | 1,441.67 |
| 10/25 | | Purchase authorized on 10/23 Ticketmaster 800-653-8000 CA S308296641006579 Card 7800 | | 260.00 | 1,181.67 |
| 10/29 | | ATM Check Deposit on 10/28 1701 E Speedway Blvd Tucson AZ 0002671 ATM ID 4655E Card 7800 | 221.64 | | |
| 10/29 | | Recurring Payment authorized on 10/26 Banfield-Pet*Wppay 360-784-5000 WA S468299315539943 Card 7800 | | 65.95 | |
| 10/29 | | ATM Withdrawal authorized on 10/28 1701 E Speedway Blvd Tucson AZ 0002672 ATM ID 4655E Card 7800 | | 200.00 | |
| 10/29 | | Purchase authorized on 10/28 Tmobile*Postpaid F 800-937-8997 WA S588301693944383 Card 7800 | | 284.73 | |
| 10/29 | | Purchase authorized on 10/29 Simaan Service Paramount CA P0000000975293569 Card 7800 | | 60.45 | 792.18 |
| 10/30 | 117 | Check | | 355.62 | 436.56 |
| 10/31 | | ATM Check Deposit on 10/31 Adams & Broadway Los Angeles CA 0003978 ATM ID 9912T Card 7800 | 568.39 | | |
| 10/31 | | Purchase authorized on 10/30 McDonald's F22570 Los Angeles CA S588303579147055 Card 7800 | | 25.22 | |
| 10/31 | | Purchase authorized on 10/30 Amazon Music 888-802-3080 WA S588303680998371 Card 7800 | | 9.99 | |
| 10/31 | | ATM Withdrawal authorized on 10/31 Adams & Broadway Los Angeles CA 0003979 ATM ID 9912T Card 7800 | | 300.00 | 669.74 |
| Ending balance on 10/31 | | | | | 669.74 |
| Totals | | | $3,874.23 | $3,585.14 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 116 | 10/10 | 150.00 | 117 | 10/30 | 355.62 |

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

Primary account number:    **8707**  ■  October 1, 2018 - October 31, 2018  ■  Page 4 of 6



WELLS FARGO

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2018 - 10/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
| --- | --- | --- |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1.86 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 27 ☑ |

JL/JL

---

# Wells Fargo Opportunity Checking℠

## Activity summary

| | |
| --- | --- |
| Beginning balance on 10/1 | $16,823.19 |
| Deposits/Additions | 3,400.00 |
| Withdrawals/Subtractions | - 2,615.40 |
| **Ending balance on 10/31** | **$17,607.79** |

Account number:     )8681

**DENISE LATRICE WHEELER
DEBTOR IN POSSESSION
CH 11 CASE # 18-10597 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
| --- | --- | --- | --- | --- | --- |
| 10/1 | | Non-WF ATM Withdrawal authorized on 09/30 25430 West Dorris Ave Coalinga CA 00468273663563627 ATM ID Am000929 Card 6607 | | 203.00 | |
| 10/1 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 16,617.69 |
| 10/15 | | Recurring Payment authorized on 10/11 Rocket Lawyer US WWW.Rocketlaw CA S468284757222943 Card 6607 | | 39.99 | 16,577.70 |
| 10/17 | | ATM Cash Deposit on 10/16 Adams & Broadway Los Angeles CA 0006062 ATM ID 6707D Card 6607 | 2,250.00 | | |
| 10/17 | | ATM Cash Deposit on 10/16 Adams & Broadway Los Angeles CA 0006063 ATM ID 6707D Card 6607 | 250.00 | | 19,077.70 |
| 10/19 | | ATM Withdrawal authorized on 10/19 Adams & Broadway Los Angeles CA 0000380 ATM ID 6707I Card 6607 | | 1,000.00 | 18,077.70 |
| 10/22 | | ATM Cash Deposit on 10/21 Adams & Broadway Los Angeles CA 0008249 ATM ID 6707D Card 6607 | 600.00 | | |
| 10/22 | | ATM Cash Deposit on 10/21 Adams & Broadway Los Angeles CA 0008250 ATM ID 6707D Card 6607 | 300.00 | | |
| 10/22 | | ATM Withdrawal authorized on 10/20 Adams & Broadway Los Angeles CA 0008051 ATM ID 6707H Card 6607 | | 500.00 | |
| 10/22 | | ATM Withdrawal authorized on 10/20 Adams & Broadway Los Angeles CA 0008052 ATM ID 6707H Card 6607 | | 400.00 | 18,077.70 |

Primary account number:    8707    ■ October 1, 2018 - October 31, 2018    ■ Page 5 of 6


**WELLS FARGO**

### Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 10/30 | | Purchase authorized on 10/27 Country Inn By Car Tucson AZ S588300296757812 Card 6607 | | 169.91 | 17,907.79 |
| 10/31 | | ATM Withdrawal authorized on 10/31 Adams & Broadway Los Angeles CA 0003977 ATM ID 9912T Card 6607 | | 300.00 | 17,607.79 |
| **Ending balance on 10/31** | | | | | **17,607.79** |
| **Totals** | | | **$3,400.00** | **$2,615.40** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2018 - 10/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|-----------------------------------|------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $16,577.70 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 2 ☐ |

JL/JL

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.    $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** $ | |

▶  + $ _____

**C**  Add **A** and **B** to calculate the subtotal.    = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** $ | |

▶  - $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC. LENDER